**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Ex parte Adrian Barnes

Appellate case number:    01-19-00644-CR

Trial court case number:  1494270A

Trial court:              209th District Court of Harris County

Date motion filed:        August 14, 2020

Party filing motion:      Appellant


        The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration.  It is ordered that the motion is denied.



Judge's signature: ____/s/ Julie Countiss_____
                        Acting for the Court the En Banc Court*

Date:  ___September 3, 2020____

* En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.